IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 02-30097
Summary Calendar
_____


STANLEY JACKSON

      Petitioner - Appellant

  v.

JOSEPH M HARO

      Respondent - Appellee

--------------------
Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 01-CV-1127
--------------------
August 5, 2002

Before KING, Chief Judge, and WIENER and PARKER, Circuit Judges.

PER CURIAM:[*]

    Stanley Jackson, federal prisoner # 43178-019, appeals the dismissal of his 28 U.S.C. § 2241 petition as duplicative. Jackson's argument that he is entitled to relief under <u>Apprendi v. New Jersey</u>, 530 U.S. 466 (2000), fails because his sentence was enhanced based on prior convictions pursuant to 18 U.S.C. § 924(e). <u>See</u> <u>Apprendi</u>, 530 U.S. at 488 ("<u>Other than the fact of a prior conviction</u>, any fact that increases the penalty for a

---

   [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

crime beyond the prescribed statutory maximum must be submitted to a jury and proved beyond a reasonable doubt.") (emphasis added).

Jackson has failed to allege any error on the part of the district court in dismissing his petition as duplicative; he has briefed only the merits of the arguments raised in his petition. He has therefore waived review of the dismissal of his petition on that basis. See Yohey v. Collins, 985 F.2d 222, 224-25 (5th Cir. 1993).

AFFIRMED; Motions to appoint counsel and for evidentiary hearing DENIED.